IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**AMETHYST SIAS,**

    Plaintiff,

vs.

**HY-VEE, INC.,**

    Defendant.

Case No. 4:24-cv-00345-WBG

## HY-VEE'S PARTIAL MOTION TO DISMISS

Defendant, Hy-Vee, Inc., respectfully moves this Court to dismiss Plaintiff Amethyst Sias' Workers' Compensation retaliation claim (Count III) pursuant to Fed. R. Civ. P. 12(b)(6) because she has not stated and cannot state a claim for Workers' Compensation retaliation as she did not exercise a right under the Missouri Workers' Compensation statute. Rather, she fraudulently joined that claim to defeat diversity jurisdiction. Accordingly, her Count III should be dismissed.

Respectfully submitted,

/s/ Jeannie M. DeVeney
Jeannie M. DeVeney, Bar No. 46885
Telephone: 816.627.4405
Facsimile: 816.817.1453
jdeveney@littler.com
Bonnie G. Birdsell, Bar No. 69967
Direct: 816.627.4412
E-Fax: 816.817.1957
bbirdsell@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, the above and foregoing was filed using the Court's CM/ECF system, which sent electronic notice to the following:

Sarah C. Liesen
EDELMAN, LIESEN & MYERS, LLP
208 W. Linwood Blvd.
Kansas City, MO 64111
Telephone: (816) 301-4056
Facsimile: (816) 463-8449
sliesen@elmlawkc.com

ATTORNEYS FOR PLAINTIFF

*/s/ Jeannie M. DeVeney*
ATTORNEY FOR DEFENDANT